UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00073 |
| | ) | JUDGE SHARP |
| ANTONIO LAMONT DUNLAP | ) | |
| | ) | |

**O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, March 19, 2013, at 1:30 p.m.

It is so ORDERED.

*[signature]*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE