UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:12-00073 |
| ) | JUDGE SHARP |
| ANTONIO LAMONT DUNLAP ) | |
| ) | |

**O R D E R**

The plea hearing scheduled for March 21, 2013, is hereby rescheduled for Thursday, March 28, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE